JOSEPH W. JOHNSON, Respondent, *v.* JAMES GIRDWOOD, Appellant.†

(Argued June 19, 1894; decided October 9, 1894.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made April 3, 1894, which reversed an order of Special Term sustaining a demurrer to the complaint, overruled the demurrer and directed that if defendant

---

* Reported below, 65 Hun, 494.   † Reported below, 7 Misc. Rep. 651.

failed to answer and pay costs within twenty days of service of a copy of the interlocutory judgment upon him final judgment should be entered in favor of plaintiff.

*James Dunne* for appellant.

*Edward S. Clinch* for respondent.

Agree to affirm on opinion below, with leave to defendant to answer upon payment of costs.

All concur, except ANDREWS, Ch. J., not sitting.

Judgment affirmed.